RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-229(2) (DSD/DJF)

NOV 01 2024

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America,                    )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )          **ORDER**   SCANNED
                                             )
Jay Valentine Winston,                       )                      NOV 01 2024
                                             )
                    Defendant.               )          U.S. DISTRICT COURT MPLS

_____

Carla Baumel, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Matthew Deates, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

_____

Upon defendant's motion to continue the motions deadline and motions hearing, and for good cause shown, the motion is granted.   The pretrial-motion filing deadline and the motion hearing currently scheduled for November 1, 2024, and November 21, 2024, respectively, are hereby continued and will be rescheduled by further order.

This order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).   The Court specifically makes the finding that such continuance best serves the ends of justice and that such ends outweigh the interests of the public and the defendant in a speedy trial. The Court further finds that defense counsel is justified in needing the additional time to make an adequate factual inquiry for purposes of preparing for the pretrial motions hearing under 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).   Having made these findings, the

Court excludes from speedy trial considerations the time granted for the continuance in this proceeding.

Dated: _____     _____

Honorable Dulce J. Foster
United States Magistrate Judge